### *Ex parte* EASTABROOKS.

THE Court of Common Pleas of Warren county quashed an appeal from a Justice's Court, brought by Eastabrooks against Rockwell, because the penalty of the appeal bond was more than double the amount of the judgment rendered by the Court below.

A motion was now made for a mandamus, commanding the Court of Common Pleas to vacate the rule quashing the appeal, and to proceed in the cause.

*The appellee in the C P. cannot object that the appeal bond is in the penalty of more than double the judgment before the justice.*

*W. Hay, jun.* for the motion.

The motion was not opposed; but

*The Court* said they were very clearly of opinion, **that the penalty being more than double the amount of the judgment** was no objection; though its being less, was so, because it might abridge the rights of the appellee. It may be for his benefit, but cannot possibly injure him, that the bond is for more. And they awarded an alternative mandamus.

Rule accordingly.